# EXHIBIT B

# BEYOND THE W

HOME  ABOUT  ON THE COURT  OFF THE COURT  EXCLUSIVES  CONTACT

## JAN. 22 HEARING DATE SET FOR MAORI DAVENPORT, AHSAA



The next stage of the ongoing saga involving Charles Henderson High School girls basketball's Maori Davenport will occur in a Troy courthouse on Tuesday, January 22. Pike County Circuit Judge Henry "Sonny" Reagan set a hearing for that day at 1:30 p.m. at Pike County Courthouse.

LATEST POSTS





(http://beyondthew.com/)

# JAN. 22 HEARING DATE SET FOR MAORI DAVENPORT, AHSAA



T he next stage of the ongoing saga involving Charles Henderson High School girls basketball's Maori Davenport will occur in a Troy courthouse on Tuesday, January 22.

Pike County Circuit Judge Henry "Sonny" Reagan set a hearing for that day at 1:30 p.m. at Pike County Courhouse.

The announcement comes on the heels of a temporary order – also issued by Reagan – last week that allowed Davenport to play for the Trojans. In her return to the team, she scored 25 points and has encountered a massive amount of support from around the country as she continues her fight against the Alabama High School Athletic Association.



**Alec Etheredge SCR**
@AlecEtheredgeSC

Maori Davenport led Charles Henderson to a 72-17 win tonight and had 25 points in doing so. That's how you make a statement.

40   9:02 PM - Jan 11, 2019

15 people are talking about this

().



Zach Wilcox

@ZachWilcox4

Maori Davenport returns to the court with 25 points going into the 4th quarter!

45   8:48 PM - Jan 11, 2019

See Zach Wilcox's other Tweets

()

D'Arcy Maine
@darcymaine_espn

Maori Davenport is officially back, y'all!

221   7:54 PM - Jan 11, 2019

63 people are talking about this

()



Jon Solomon
@JonSolomonAspen

> Maori Davenport on her return and the support by the local community: "I will never allow myself to forget this day." If she wasn't already, Maori is going to be one seriously motivated young woman. espn.com/espnw/sports/a…
>
> 11    9:43 AM - Jan 12, 2019

**Maori Davenport scores 25 points hours aft…**
Hours after a judge granted a motion allowing her to play for the first time since Nov. 29, Maori Davenport scored 25 points in Charles
espn.com

See Jon Solomon's other Tweets

()

On Tuesday night, she tallied 13 points in another win for Charles Henderson.

The snafu stems from an $850 stipend she received from USA Basketball after she led her U18 team to a gold medal in the FIBA Americas tournament in Mexico. The AHSAA prohibits stipends of more than $250 and USA Basketball did not check with either the high school or the athletic association before sending the check.

The AHSAA is contending that when Davenport received the check in August, the money was not returned until November, but USA Basketball admitted its error and says the money was returned almost instantly.

## SHARE ON

FACEBOOK (HTTP://WWW.FACEBOOK.COM/SHARER.PHP?U=HTTP://BEYONDTHEW.COM/JAN-22-HEARING-DATE-SET-FOR-MAORI-DAVENPORT-AHSAA/&T=JAN.%2022%20HEARING%20DATE%20SET%20FOR%20MAORI%20DAVENPORT,%20AHSAA)

TWITTER (HTTPS://TWITTER.COM/INTENT/TWEET?ORIGINAL_REFERER=HTTP://BEYONDTHEW.COM/JAN-22-HEARING-DATE-SET-FOR-MAORI-DAVENPORT-AHSAA/&TEXT=JAN.%2022%20HEARING%20DATE%20SET%20FOR%20MAORI%20DAVENPORT,%20AHSAA&TW_P=TWEETBUTTON&URL=HTTP://BEYONDTHEW.COM/JAN-22-HEARING-DATE-SET-FOR-MAORI-DAVENPORT-AHSAA/)

PINTEREST (//PINTEREST.COM/PIN/CREATE/BUTTON/?URL=HTTP://BEYONDTHEW.COM/JAN-22-HEARING-DATE-SET-FOR-MAORI-DAVENPORT-AHSAA/&MEDIA=HTTP://BEYONDTHEW.COM/WP-CONTENT/UPLOADS/2019/01/R487617_1295X859CC-1024X679.JPG&DESCRIPTION=JAN.%2022%20HEARING%20DATE%20SET%20FOR%20MAORI%20DAVENPORT,%20AHSAA)

GOOGLE + (HTTPS://PLUSONE.GOOGLE.COM/_/+1/CONFIRM?HL=EN-US&URL=HTTP://BEYONDTHEW.COM/JAN-22-HEARING-DATE-SET-FOR-MAORI-DAVENPORT-AHSAA/)

LINKEDIN (HTTP://WWW.LINKEDIN.COM/SHAREARTICLE?MINI=TRUE&URL=HTTP://BEYONDTHEW.COM/JAN-22-HEARING-DATE-SET-FOR-MAORI-DAVENPORT-AHSAA/&TITLE=JAN.%2022%20HEARING%20DATE%20SET%20FOR%20MAORI%20DAVENPORT,%20AHSAA&SOURCE=BEYOND%20THE%20W)

EMAIL (MAILTO:?SUBJECT=JAN.%2022%20HEARING%20DATE%20SET%20FOR%20MAORI%20DAVENPORT,%20AHSAA&BODY=HTTP://BEYONDTHEW.COM/JAN-22-HEARING-DATE-SET-FOR-MAORI-DAVENPORT-AHSAA/)