# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Nicole Craine

       **Plaintiff**

   2:19  Civ. 00259  (JMA-AYS)

- against -

**CLERK'S CERTIFICATE OF DEFAULT**

Beyond the W, LLC

       **Defendant**
------------------------------------------------------------X

  I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on April 17, 2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Beyond the W, LLC on April 19, 2019, by personally serving Sue Zouky, a Clerk in the office of the New York Secretary of State *and proof of service was therefore filed on April 22, 2019* . I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: Brooklyn, New York

  August 19 , 2019      DOUGLAS C. PALMER
                   **Clerk of Court**

               By: James J. Toritto
                  **Deputy Clerk**

SDNY Web 3/2015